IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00632-WYD-MEH

MALIBU MEDIA, LLC,

  Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 71.237.42.27,

  Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on May 9, 2014, it is

ORDERED that Defendant John Doe and this action are **DISMISSED WITHOUT PREJUDICE**.

Dated:  May 9, 2014

 BY THE COURT:

 s/ Wiley Y. Daniel
 Wiley Y. Daniel
 Senior United States District Judge